# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154796 & (76)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 154796
                                  COA: 325275

JAKEEME ORLANDO GRIFFIN,
      Defendant-Appellant.

                                  Berrien CC: 2014-001522-FC

_____/

      On order of the Court, the motion to amend the application for leave to appeal is GRANTED. The application for leave to appeal the October 6, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CLEMENT, J., did not participate.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017



s1120

                           Clerk